No. 699. CAPITOL MEATS, INC. ET AL. *v.* UNITED STATES. C. C. A. 2d. Certiorari denied. *Irving J. Roth* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 714. SCHATTE ET AL. *v.* INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE OPERATORS ET AL. C. C. A. 9th. Certiorari denied. *Zach Lamar Cobb* for petitioners. *Matthew M. Levy* and *Michael G. Luddy* for the International Alliance of Theatrical Stage Employees & Moving Picture Operators et al.; and *Homer I. Mitchell* for the Association of Motion Picture Producers, Inc. et al., respondents.

No. 686. SAMETT *v.* RECONSTRUCTION FINANCE CORPORATION. C. C. A. 10th. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Fred S. Caldwell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Harry I. Rand* for respondent.

No. 694. WAITE *v.* OVERLADE, WARDEN. C. C. A. 7th. Certiorari denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion the petition should be granted. *Benjamin G. Cox* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 307, Misc. HARRISON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.